UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Chana Stoessel, individually and on behalf of all others
similarly situated,

Civil Action No:
7:21-cv-4961

Plaintiff,

-v.-

Forster & Garbus, LLP; Portfolio Recovery Associates, LLC;
and John Does 1-25;

Defendant(s).

-------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that the Plaintiff Chana Stoessel and the Defendant Portfolio Recovery

Associates, LLC have settled this matter. The parties anticipate completing settlement documents

and filing a dismissal with the Court within the next sixty (60) days. The parties request that the

Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 19th day of July, 2021

*/s/Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Ph: 201-282-6500
ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 19, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.